Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DISTRICT

| | | |
|---|---|---|
| REGAN BURROUGHS, | ) | CASE NO: 3:21 CV 1424 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R KNEPP II |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | |
| DTLR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that the entirety of this matter is dismissed *with prejudice*. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel S. Dubow* | */s/ Maureen R. Knight* |
| Daniel S. Dubow (0095530) | Amanda Connelly (0096835) |
| The Spitz Law Firm, LLC | Roetzel & Andress, LPA |
| 25825 Science Park Drive, Suite 200 | 41 South High Street |
| Beachwood, OH  44122 | Huntington Center, 21st Floor |
| Phone: (216) 291-4744 | Columbus, OH 43215 |
| Fax: (216) 291-5744 | Telephone: 614.723.2012 |
| daniel.dubow@spitzlawfirm.com | Facsimile: 614.463.9792 |
| | E-mail: aconnelly@ralaw.com |
| *Attorney for Plaintiff* | |
| | Maureen R. Knight |
| | Constangy, Brooks, Smith & Prophete, LLP |
| | 12500 Fair Lakes Circle, Suite 300 |
| | Fairfax, VA 22033 |
| | Telephone: 571.522.6106 |
| | Facsimile: 571.281.2853 |
| | Email: mknight@constangy.com |
| | |
| | *Counsel for Defendant* |